AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NUMBER: **CR 97-137(DRD)** |
| **FUNDADOR MORENO-MEDINA** | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| <u>October 17th, 2007</u><br>*Date* | *s// Olga Castellón*<br>Olga Castellón - #223701<br>Special Assistant U.S. Attorney<br>Torre Chardón Bldg., Suite 1201<br>#350 Carlos Chardón Avenue<br>Hato Rey, Puerto Rico  00918<br>Tel. (787) 766-5656 |

### CERTIFICATE OF SERVICE

I hereby certify that on October 17th, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system.

In San Juan, Puerto Rico, this 17th day of October, 2007.

*s//Olga Castellón*
Olga Castellón - #223701
Special Assistant U.S. Attorney